# EXHIBIT 8

# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics. C y D, El Rosal, Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

May 14, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela

Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera





8:52 AM
15 MAY 2019
Bárbara S
RECIBIDO
JUNTA DIRECTIVA
PETROLEOS DE VENEZUELA, S.A.

Re:   6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018 and May 3, 2018, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019, in an aggregate amount of $150,000,092.64; and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, and March 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $21,378,781.30 as of March 29, 2019.

# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics. C y D, El Rosal, Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

As you are aware, the Note Agreement gives the Administrative Agent and the Initial Noteholder other rights and remedies in addition to the imposition of the default interest rate above. These other rights and remedies under the Note Agreement include, but are not limited to:

- the Administrative Agent's and Initial Noteholder's rights to declare further Events of Default pursuant to clause (f) of Article VII in respect of the Issuer's and the Guarantor's insolvency,
- the right to demand payment of their legal fees and expenses pursuant to Section 9.05,
- the right to accelerate the full amounts due under the Note pursuant to Article VII, and
- the right to commence legal action in the state and federal courts of the United States, sitting in the County of New York in the State of New York in accordance with Section 9.15.

The Administrative Agent and the Initial Noteholder continue to reserve these additional rights and remedies and nothing herein constitutes or may be deemed a waiver of any right or remedy available to the Administrative Agent or the Initial Noteholder.

Finally, the Administrative Agent would also like to use this opportunity to confirm and remind the Issuer and the Guarantor that the matters set forth herein are without prejudice to any rights or remedies that Servicios Halliburton de Venezuela, S.A., may have with respect to any other transactions between it, on the one hand, and either of the Issuer or the Guarantor, on the other hand, including, without limitation, any other amounts due and payable from the Issuer or the Guarantor to Servicios de Halliburton, S.A., arising from any other transaction, contract, or relationship. The outstanding accounts receivable that were not incorporated into the Note are not covered by this letter.

We look forward to your expedited response.

Very truly yours,

SERVICIOS HALLIBURTON de
VENEZUELA, S.A., as Administrative
Agent

By: [signature]

Name: Pablo A. Solano
Title: Gerente General

cc: Corporation Service Company
1180 Avenue of the Americas
Suite 210
New York, New York 10036

# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics. C y D. El Rosal Caracas – Venezuela

Teléfonos: (58-212) 210 6300 - Fax: (58-212) 2106302

May 14, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela

Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera

Re:   6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018 and May 3, 2018, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019, in an aggregate amount of $150,000,092.64; and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, and March 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $21,378,781.30 as of March 29, 2019.



# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics C y D, El Rosal Caracas – Venezuela

Teléfonos (58-212) 210 6300 -Fax: (58-212) 2106302

As you are aware, the Note Agreement gives the Administrative Agent and the Initial Noteholder other rights and remedies in addition to the imposition of the default interest rate above. These other rights and remedies under the Note Agreement include, but are not limited to:

- the Administrative Agent's and Initial Noteholder's rights to declare further Events of Default pursuant to clause (f) of Article VII in respect of the Issuer's and the Guarantor's insolvency,
- the right to demand payment of their legal fees and expenses pursuant to Section 9.05,
- the right to accelerate the full amounts due under the Note pursuant to Article VII, and
- the right to commence legal action in the state and federal courts of the United States, sitting in the County of New York in the State of New York in accordance with Section 9.15.

The Administrative Agent and the Initial Noteholder continue to reserve these additional rights and remedies and nothing herein constitutes or may be deemed a waiver of any right or remedy available to the Administrative Agent or the Initial Noteholder.

Finally, the Administrative Agent would also like to use this opportunity to confirm and remind the Issuer and the Guarantor that the matters set forth herein are without prejudice to any rights or remedies that Servicios Halliburton de Venezuela, S.A., may have with respect to any other transactions between it, on the one hand, and either of the Issuer or the Guarantor, on the other hand, including, without limitation, any other amounts due and payable from the Issuer or the Guarantor to Servicios de Halliburton, S.A., arising from any other transaction, contract, or relationship. The outstanding accounts receivable that were not incorporated into the Note are not covered by this letter.

We look forward to your expedited response.

Very truly yours,

SERVICIOS HALLIBURTON de
VENEZUELA, S.A., as Administrative
Agent

By: _____

Name: Pablo A. Solano
Title: Gerente General

cc:   Corporation Service Company
      1180 Avenue of the Americas
      Suite 210
      New York, New York 10036

# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics C y D, El Rosal Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

May 14, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela



Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera

Re:   6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018 and May 3, 2018, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019, in an aggregate amount of $150,000,092.64; and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, and March 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $21,378,781.30 as of March 29, 2019.

# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics. C y D, El Rosal, Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

As you are aware, the Note Agreement gives the Administrative Agent and the Initial Noteholder other rights and remedies in addition to the imposition of the default interest rate above. These other rights and remedies under the Note Agreement include, but are not limited to:

- the Administrative Agent's and Initial Noteholder's rights to declare further Events of Default pursuant to clause (f) of Article VII in respect of the Issuer's and the Guarantor's insolvency,
- the right to demand payment of their legal fees and expenses pursuant to Section 9.05,
- the right to accelerate the full amounts due under the Note pursuant to Article VII, and
- the right to commence legal action in the state and federal courts of the United States, sitting in the County of New York in the State of New York in accordance with Section 9.15.

The Administrative Agent and the Initial Noteholder continue to reserve these additional rights and remedies and nothing herein constitutes or may be deemed a waiver of any right or remedy available to the Administrative Agent or the Initial Noteholder.

Finally, the Administrative Agent would also like to use this opportunity to confirm and remind the Issuer and the Guarantor that the matters set forth herein are without prejudice to any rights or remedies that Servicios Halliburton de Venezuela, S.A., may have with respect to any other transactions between it, on the one hand, and either of the Issuer or the Guarantor, on the other hand, including, without limitation, any other amounts due and payable from the Issuer or the Guarantor to Servicios de Halliburton, S.A., arising from any other transaction, contract, or relationship. The outstanding accounts receivable that were not incorporated into the Note are not covered by this letter.

We look forward to your expedited response.

Very truly yours,

SERVICIOS HALLIBURTON de
VENEZUELA, S.A., as Administrative
Agent
By: [signature]
Name: Pablo A. Solano
Title: Gerente General

cc:   Corporation Service Company
      1180 Avenue of the Americas
      Suite 210
      New York, New York 10036

PDVSA
15 MAYO 2019
RECIBIDO
Sección Correspondencia