# EXHIBIT 9

# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics. C y D, El Rosal Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

December 4, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela

Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera

Re:   6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018, May 3, 2018 and May 14 ,2019, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019,and june 29,2019 in an aggregate amount of $175,000.108 and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, March 29, 2019 and June 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $28,568,169.03 as of November 30, 2019.



# HALLIBURTON

**Servicios Halliburton de Venezuela, S.A.**

Av. Venezuela con Calle Mohedano. Torre BOD & Centuria, Piso 5, Ofics. C y D. El Rosal Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

December 4, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela

Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera

Re:   6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018, May 3, 2018 and May 14, 2019, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019, and june 29,2019 in an aggregate amount of $175,000.108 and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, March 29, 2019 and June 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $28,568,169.03 as of November 30, 2019.





# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics C y D, El Rosal Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

December 4, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela



Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera

Re:     6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018, May 3, 2018 and May 14 ,2019, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019, and june 29,2019 in an aggregate amount of $175,000.108 and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, March 29, 2019 and June 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $28,568,169.03 as of November 30, 2019.



# HALLIBURTON

Servicios Halliburton de Venezuela, S.A.

Av. Venezuela con Calle Mohedano, Torre BOD & Centuria, Piso 5, Ofics. C y D, El Rosal, Caracas – Venezuela

Teléfonos: (58-212) 210 6300 -Fax: (58-212) 2106302

December 4, 2019

VIA FACSIMILE

Fax No. 58 212 7081441

Petroleos de Venezuela, S.A. as Issuer
PDVSA Petroleos, S.A., as Guarantor
La Campiña, Av. Libertador
Calle El Empalme. Edificios Petroleos de Venezuela
Torre Este, Piso 8,
Caracas – Venezuela

Attention:

- Fernando de Quintal PDVSA CFO
- Miguel Quintana- VP Exploración y producción.
- Rocio Goitia- consultoría Jurídica
- William Diaz- Director ejecutivo de planificación financiera



Re:  6.50% Senior Guaranteed Note, Series 2016E (Notice of Default)

Dear Ladies and Gentlemen:

Reference is hereby made to: (i) that certain Note Agreement, dated June 29, 2016 (the "Note Agreement") by and among Servicios Halliburton de Venezuela, S.A., as Administrative Agent and Initial Noteholder, Petroleos de Venezuela S.A., as Issuer, and PDVSA Petroleo, S.A., as Guarantor; (ii) that certain 6.50% Senior Guaranteed Note, Series 2016E (the "Note") made by the Issuer pursuant to the Note Agreement; and (iii) those certain notice of default letters, dated January 8, 2018, April 17, 2018, May 3, 2018 and May 14 ,2019, by the Administrative Agent to the Issuer. The Issuer and the Guarantor have failed to make certain payments due under the Note, including without limitation, the principal payments due on December 29, 2017, March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018 and March 29, 2019,and june 29,2019 in an aggregate amount of $175,000.108 and the interest payments due on March 29, 2018, June 29, 2018, September 29, 2018, December 29, 2018, March 29, 2019 and June 29, 2019. The failure to make these payments of principal and accrued interest constitute Events of Default pursuant to clause (a) of Article VII of the Note Agreement. Pursuant to Section 2.04 of the Note Agreement, interest on these amounts has and will continue to accrue at the default rate equal to 8.50% per annum resulting in the total amount of interest presently due of $28,568,169.03 as of November 30, 2019.

