UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GIRARD STREET INVESTMENT HOLDINGS LLC,  Plaintiff,  v.  PETRÓLEOS DE VENEZUELA, S.A. *et al.*,  Defendants. | Case No. 23-cv-10772-JSR |

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Girard Street Investment Holdings, LLC respectfully requests a Clerk's Certificate of Default as to Defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo S.A. ("Petróleo") for failure to plead or otherwise defend.  Within the accompanying declaration, I declare that the parties against whom the judgment is sought:

1. Are not infants or incompetent persons;

2. Are not in the military service;

3. Were properly served pursuant to 28 U.S.C. § 1608(b)(1) and 28 U.S.C. § 1608(b)(2) (with regard to PDVSA) and Fed. R. Civ. P. 4(h)(1)(B) (with regard to Petróleo); and

4. Have defaulted in appearance in the above captioned action.

Dated: February 22, 2024
      Kuala Lumpur, Malaysia

Respectfully submitted,

By:    /s/ Michael J. Baratz
     Evan Glassman
     STEPTOE LLP
     1114 Avenue of the Americas
     New York, NY 10036
     Tel: (212) 506-3900
     Fax: (212) 506-3950
     E-mail: eglassman@steptoe.com

     Michael J. Baratz (*pro hac vice*)
     Emma Marshak (*pro hac vice*)
     STEPTOE LLP
     1330 Connecticut Avenue, NW
     Washington, DC 20036
     Tel: (202) 429-3900
     Fax: (202) 429-3902
     E-mail: mbaratz@steptoe.com
     E-mail: emarshak@steptoe.com

     *Counsel for Plaintiff*