UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIRARD STREET INVESTMENT
HOLDINGS LLC,

    Plaintiff,

-v-

PETRÓLEOS DE VENEZUELA, S.A. et al.,

    Defendants.

23-cv-10772 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

It is hereby ORDERED, ADJUDGED, AND DECREED that Default Judgment is entered in favor of Plaintiff Girard Street Investment Holdings, LLC and against Defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo S.A. ("Petróleo") as follows:

Judgment is ENTERED in favor of Plaintiff against Defendants, jointly and severally, in the amount of $175,000,108 in missed principal payments, plus interest from December 29, 2017 to the date of entry of judgment, plus attorneys' fees and costs in an amount to be determined. These sums will continue to accrue interest post-judgment at the contractual post-judgment rate of 8.5%.

    SO ORDERED.

New York, NY
March 5, 2024

                                            JED S. RAKOFF, U.S.D.J.