UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIRARD STREET INVESTMENT
HOLDINGS LLC,

        Plaintiff,

   -v-

PETRÓLEOS DE VENEZUELA, S.A.
et al.,

       Defendants.

23-cv-10772 (JSR)

Order

JED S. RAKOFF, U.S.D.J.:

On March 8, 2024, the Court entered a default judgment against the defendants in this action. *See* Dkt. 34. Plaintiff has now filed a motion seeking to recover the attorneys' fees and costs associated with this action. *See* Dkt. 35. For the reasons set forth in plaintiff's moving paper, that motion is granted and the Court hereby awards plaintiff $122,342.60 in attorneys' fees and costs.

    SO ORDERED.

New York, NY
March 25, 2024

JED S. RAKOFF, U.S.D.J.

1