UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
GIRARD STREET INVESTMENT : 
HOLDINGS LLC, : NO. 1:23-CV-10772-JSR
 :
 Plaintiff, :
 :
 -v- : **NOTICE OF APPEARANCE**
 :
PETRÓLEOS DE VENEZUELA, S.A., :
 :
 Defendant. :
 :
------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that, Andreina Escobar, who is admitted to practice in this Court, respectfully enters her appearance as counsel on behalf of Defendant Petróleos de Venezuela, S.A. ("PDVSA"). This appearance does not constitute an acknowledgment or admission that the Complaint filed in this action on December 11, 2023, *see* ECF No. 1, was properly served; does not constitute a waiver of service of that pleading; does not constitute consent that PDVSA may be served through undersigned counsel; and does not constitute a consent to any jurisdiction.

Dated: New York, New York　　　　　Respectfully submitted,
　　　　June 11, 2024　　　　　　　　**VINSON & ELKINS LLP**

　　　　　　　　　　　　　　　　　　*/s/ Andreina Escobar*
　　　　　　　　　　　　　　　　　　Andreina Escobar
　　　　　　　　　　　　　　　　　　845 Texas Avenue
　　　　　　　　　　　　　　　　　　Suite 4700
　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　Tel: (713) 758-2556
　　　　　　　　　　　　　　　　　　aescobar@velaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　*Petróleos de Venezuela, S.A.*