UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GIRARD STREET INVESTMENT
HOLDINGS LLC,

        Plaintiff,

v.

PETRÓLEOS DE VENEZULA, S.A. and
PDVSA PETRÓLEO S.A.,

        Defendants.

------------------------------------------------------------x

Case No. 1:23-cv-10772-JSR

**NOTICE OF NON-PARTIES PDV HOLDING, INC., CITGO HOLDING, INC., AND CITGO PETROLEUM CORPORATION'S CROSS-MOTION TO QUASH OR STAY POST-JUDGMENT DISCOVERY**

    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26, 34, 45, and 69, and N.Y. C.P.L.R. 2304, 3103 and 5224, and upon the accompanying Memorandum of Law and the exhibits attached thereto, Non-Parties PDV Holding, Inc., CITGO Holding, Inc., and CITGO Petroleum Corporation will move this Court before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, on a date and time to be set by the Court, for entry of the accompanying Proposed Order.

Dated: September 5, 2024                    Respectfully submitted,

By: /s/ Nathan P. Eimer

Nathan P. Eimer (#1976067)
neimer@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718

*Counsel for Non-Parties*
*PDV Holding, Inc., CITGO Holding, Inc., and*
*CITGO Petroleum Corporation*