```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
GIRARD STREET INVESTMENT                :
HOLDINGS, LLC,                          :
     Plaintiff,                         :
                                        :   23-cv-10772 (JSR)
     -v-                                :
                                        :   ORDER
                                        :
PETRÓLEOS DE VENEZUELA, S.A. and        :
PDVSA Petróleo S.A.,                    :
                                        :
                                        :
     Defendants.                        :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is the motion (ECF No. 40) of defendant Petróleos de Venezuela, S.A. to vacate the amended default judgment (ECF No. 34) entered in the above-captioned case on March 8, 2024. Upon careful consideration, defendant's motion to vacate is hereby granted. A memorandum explaining the reasons for this ruling will issue in due course. The Clerk of Court is directed to reopen the above captioned case.

The Court also dismisses plaintiff's motion to compel discovery in aid of execution of judgment (ECF No. 51) and third-party defendant's cross-motion to quash (ECF No. 56) as moot.

The parties will be promptly contacted regarding arrangements for an initial pre-trial conference in which the Court will set a case management plan.

SO ORDERED.

Dated: New York, NY
       September 10, 2024                    _____
                                             JED S. RAKOFF, U.S.D.J.