UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIRARD STREET INVESTMENT HOLDINGS LLC<br><br>  Plaintiff,<br><br>  v.<br><br>PDV HOLDING, INC.<br><br>  Defendant. | Case No. 24-cv-4448-JSR<br><br>(Consolidated for pretrial purposes with Case No. 1:23-cv-10772-JSR and No. 1:23-cv-10766-JSR) |

### DECLARATION OF ALEXANDER A. YANOS IN SUPPORT OF NONPARTY HUNTINGTON INGALLS INCORPORATED'S AMENDED MOTION TO INTERVENE

I, Alexander A. Yanos, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this Declaration in support of Nonparty Huntington Ingalls Incorporated's ("Huntington Ingalls") Amended Motion to Intervene. I have personal knowledge about the information in this Declaration.

2. I am admitted to the Southern District of New York and represent Huntington Ingalls in this matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the public hearing held before the District Court of the District of Delaware on December 13, 2024 in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 1:17-mc-151-LPS.

4. Attached hereto as **Exhibit B** is a true and correct copy of the arbitral award, dated August 29, 2024, rendered by the Tribunal in the case before the International Centre for

1

Settlement of Investment Disputes captioned *WM Mining Company, LLC v. Mongolia*, ICSID Case No. ARB/21/8.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2025.

                                                      Alexander A. Yanos
                                                      ALSTON & BIRD, LLP
                                                      90 Park Avenue, 15th Floor
                                                      New York, NY 10016-1387
                                                      (Tel) 212-210-9400
                                                      (Fax) 212-210-9444
                                                      alex.yanos@alston.com

                                                      *Counsel for Huntington Ingalls Incorporated*