```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
G&A STRATEGIC INVESTMENTS I LLC,         :
et al.,                                  :
                                         :
        Plaintiffs,                      :
                                         :        23-cv-10766 (JSR)
        -v-                              :
                                         :
PETRÓLEOS DE VENEZUELA, S.A.             :
et al.,                                  :
                                         :
        Defendants.                      :
-----------------------------------------x
GIRARD STREET INVESTMENT                 :
HOLDINGS LLC,                            :
                                         :
        Plaintiff,                       :
                                         :        23-cv-10772 (JSR)
        -v-                              :
                                         :
PETRÓLEOS DE VENEZUELA, S.A.             :
et al.,                                  :
                                         :
        Defendants.                      :
-----------------------------------------x
GIRARD STREET INVESTMENT                 :
HOLDINGS LLC,                            :
                                         :
        Plaintiff,                       :
                                         :        24-cv-04448 (JSR)
        -v-                              :
                                         :
PDV Holding, Inc.                        :
                                         :
                                         :
        Defendant.                       :
-----------------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.

In a letter dated March 10, 2025, plaintiffs in the above-captioned consolidated cases moved for a reconsideration of the Court's Opinion and Order dated February 21, 2025, or, in the alternative,

1

leave to amend the amended complaint. (24-cv-04448 Dkts. 116, 123). In the Opinion and Order, the Court granted the defendants' motion to dismiss plaintiffs' alter ego claim under the "fraud or injustice" theory under <u>First National City Bank v. Banco Para El Comercio Exterior de Cuba</u>, 462 U.S. 611 (1983), but denied it as to the "extensive control" theory. Plaintiffs now move for a leave to address that theory in their summary judgment briefing on grounds of newly discovered evidence. After careful consideration of that evidence, the Court hereby denies plaintiffs' application as futile.

    SO ORDERED.

Dated: New York, NY
      March 14, 2025

                                        JED S. RAKOFF, U.S.D.J.