**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| G&A STRATEGIC INVESTMENTS I LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., *et al.*, <br><br> Defendants. | Case No. 1:23-cv-10766-JSR |
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., *et al.*, <br><br> Defendants. | Case No. 1:23-cv-10772-JSR |
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PDV HOLDING, INC., <br><br> Defendant. | Case No. 1:24-cv-04448-JSR |

**DEFENDANT PDVSA PETRÓLEO, S.A.'S UNOPPOSED JOINDER IN DEFENDANTS PDV HOLDING, INC. AND PETRÓLEOS DE VENEZUELA, S.A.'S RESPONSE TO <u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

Defendant PDVSA Petróleo, S.A. ("PPSA") files this unopposed joinder in Defendants PDV Holding, Inc. ("PDVH") and Petróleos de Venezuela, S.A.'s ("PDVSA") Response to Plaintiffs'[1] Motion for Summary Judgment.

Plaintiffs moved for summary judgment on Counts I and II against PDVSA and PPSA and on Count III against PDVH. *See* Dkt. No. 165.[2] On April 2, 2025, PDVH and PDVSA filed a response, in which they jointly opposed Plaintiffs' motion on Counts I, II, and III, *see* Dkt. 215, 217 and 221–22[3] (the "Response"). PPSA intended to join the Response to oppose Counts I and II only. *See, e.g.*, Dkt. 217 at ¶¶ 130, 142 (disputing legal conclusion regarding PPSA's payment obligations under note agreements and citing to Dkt. 215 at 37–40).

However, due to an administrative error, PPSA was inadvertently omitted from the Response captions and signature blocks. To correct this administrative error, PPSA now joins the Response and respectfully requests that Plaintiffs' motion for summary judgment on Counts I and II be denied for the reasons set forth in the Response.

---

[1] Girard Street Investment Holdings LLC is the plaintiff in Nos. 23-cv-10772 and 24-cv-4448. The seven entities enumerated G&A Strategic Investments I-VIII, LLC are the plaintiffs in No. 23-cv-10766.

[2] Citations to docket numbers are only to those in *G&A Strategic Investments I LLC, et al. v. Petróleos de Venezuela, S.A., et al.*, 23-cv-10766 (S.D.N.Y.).

[3] Pursuant to the Court's Order, *see* Dkt. 141, Defendants initially filed the Response under seal and subsequently filed a public version of the Response. *See* Dkt. 221-22.

Dated: April 16, 2025 Respectfully submitted,

By: /s/ *Camilo Cardozo*

Camilo Cardozo
ccardozo@velaw.com
Dora Paula Georgescu
dgeorgescu@velaw.com
VINSON & ELKINS LLP
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0186

Matthew Hoffman
mhoffman@velaw.com
Andreina Escobar
aescobar@velaw.com
Aamir Siddik
asiddik@velaw.com
Briana R. Falcon
bfalcon@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, TX 77002
Telephone: (713) 758-2838

*Counsel for Defendants*
*Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, a copy of the foregoing **Defendant PDVSA Petróleo, S.A.'s Unopposed Joinder in Defendants PDV Holding, Inc. and Petróleos de Venezuela, S.A.'s Response to Plaintiffs' Motion for Summary Judgment** was filed and caused to be served upon noticed outside counsel for Plaintiffs G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, G&A Strategic Investments VII LLC, and Girard Street Investment Holdings LLC via electronic mail.

*/s/ Camilo Cardozo*